**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **Timothy Parker** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 5:26-cv-00152-TES** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FedEx Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# PROTECTIVE ORDER

Plaintiff Timothy Parker and Defendant Federal Express Corporation, by and through their respective counsel, hereby consent to the entry of this Protective Order as follows:

1. The parties recognize and acknowledge that certain documents to be produced, discovered, and/or made available to each other in response to Interrogatories or Requests for the Production of Documents may consist of the confidential, commercial, and proprietary information of the disclosing party and/or contain confidential, personal information about third-party individuals who are not a party to this action. These documents shall be referred to as "Confidential Information."

2. The parties acknowledge and agree that all Confidential Information is required to be maintained in the strictest confidence and that serious injury to the business of the party making the production could occur should such documents be shown to persons not necessary or authorized to view them.

3. The parties agree that Confidential Information may be disclosed by counsel for either party to their client, co-counsel, and clerical employees assisting in this matter, and may be disclosed to experts retained by that party to assist in this matter and witness at a deposition, provided that any such person agrees to be bound by the confidentiality provisions in this agreement. No other disclosure may be made without the prior express written consent of the party making the production or its or his counsel in this matter. The attorneys of record for the above-referenced parties are responsible for employing reasonable measures to ensure compliance with this Order by those persons to whom the Confidential Information and documents are disclosed pursuant to the authorization of this Order.

4. Nothing herein shall prevent any party from using Confidential Information in connection with any trial, pleading, motion, or other public proceeding in this litigation. Any Confidential Information used in connection with any trial, pleading, motion, or other public proceeding in this litigation shall be filed under seal with the Court.

5. Except as specifically authorized above, no Confidential Information shall be disclosed or revealed by the above-referenced parties to any person, association, corporation, or any other entity for a business purpose or any other purpose.

6. The parties further acknowledge and agree that all copies of Confidential Information shall be retained by the attorneys of record for the parties. Within thirty (30) days after the final conclusion of all aspects of this action, all such copies shall be returned to counsel or otherwise destroyed for the party making the production.

SO ORDERED this the 13th day of November 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

So stipulated and agreed:

/s/ Catherine A. Hare
Catherine A. Hare
Georgia Bar No. 455107
Smith, Welch, Webb, and White, LLC
280 Country Club Drive,
Stockbridge, GA 30281
Tel: (770) 957-3937
Fax: (770) 957-9165
Email: chare@smithwelchlaw.com
*Attorney for Plaintiff*

/s/ Danielle Kunkel
Danielle Kunkel
(admitted pro hac vice)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412)713-6161
Email: daniellekunkel@fedex.com
*Attorney for Defendant*

*/s/ Laura Denton*
Laura A. Denton
Georgia Bar No. 158667
Fisher Phillips LLP
1230 Peachtree Street NE, Suite 3300
Atlanta, GA 30309
Telephone: (404)582-8465
Email: ldenton@fisherphillips.com
*Attorney for Defendant*